

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2022

No. 04-22-00658-CV

Michael R. **VOORHIES** and Norelle Voorhies,
Appellants

v.

**TOWN OF HOLLYWOOD PARK, TEXAS**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-02380
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The clerk's record was due on October 14, 2022, but has not been filed. On October 19, 2022, the trial court clerk filed a notification of late record, notifying this court that the clerk's record has not been filed because appellants have failed to pay or make arrangements to pay the clerk's fee for preparing the record. It is therefore **ORDERED** that appellants provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee. It is further **ORDERED** that the clerk's record must be filed no later than ten (10) days after the date appellants' written proof is filed with this court. If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2022.



Michael A. Cruz,
Clerk of Court